IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARRELL BEDSOLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:11-CV-121-WKW ) |
| NURSE GUICE, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

On February 13, 2014, the Magistrate Judge filed a Recommendation in this case. (Doc. # 59.) On March 17, Plaintiff Farrell Bedsole filed objections. (*See* Doc. # 65.) The court has conducted an independent and *de novo* review of those portions of the Recommendation to which the objections are made. *See* 28 U.S.C. § 636(b)(1). The court concludes that the objections are without merit and that the Magistrate Judge's Recommendation is due to be adopted.

Accordingly, it is ORDERED as follows:

1. Mr. Bedsole's objections (Doc. # 65) are OVERRULED;

2. The Recommendation (Doc. # 59) is ADOPTED;

3. Defendants' motions for summary judgment are GRANTED;

4. This case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 18th day of March, 2014.

                                                  /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE